NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ELIZABETH DENBY MARSHALL,           )
                                    )
          Appellant,                )
                                    )
v.                                  )        Case No. 2D17-2917
                                    )
MICHAEL J. MULLAUGH and BANK OF     )
NEW YORK MELLON, as PERSONAL        )
REPRESENTATIVES of THE ESTATE       )
OF PEGGY A. DENBY, DECEASED,        )
                                    )
          Appellees.                )
_____ )

Opinion filed February 14, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Lee County;
Michael T. McHugh, Judge.

Theodore L. Tripp, Jr., and Jamie B.
Schwinghamer of Hahn Loeser & Parks LLP,
Naples; Kenneth E. Kemp, II of Patrone &
Kemp, P.A., Fort Myers, for Appellant.

Jennifer R. Dixon of Lowndes, Drosdick,
Doster, Kantor & Reed, P.A., Orlando, for
Appellee.


PER CURIAM.

          Affirmed.


NORTHCUTT, KELLY, and SALARIO, JJ., Concur.